STATE OF NEW JERSEY v. FRANKLIN HICKMAN.

· March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE JOHNSON.

March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE WILSON.

March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE A. PACHECO.

March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE STUBBS.

March 25, 1986.

Petition for certification denied.